**GAY**

v.

**HONORABLE SKANCHY**

20170276

Supreme Court of Utah.

05-31-2017

20170098

Petition for Writ of Certiorari Denied.

**ROMERO**

v.

**BOARD OF PARDONS**

20170233

Supreme Court of Utah.

05-19-2017

20170006

Petition for Writ of Certiorari Denied.

**GLASSCOCK**

v.

**STATE**

20170359

Supreme Court of Utah.

06-16-2017

20150242, 392 P.3d 966

Petition for Writ of Certiorari Denied.